# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CLEMENT OBEYA,

    Petitioner

v.

ATTORNEY GENERAL JEFFERSON B. SESSIONS III, et al.,

    Respondents

Case No.: 2:18-cv-01586-JAD-VCF

**Order Directing Respondents to Show Cause and Respond to Motion for Preliminary Injunction; Granting Petitioner's Motion for Leave to Proceed** *In Forma Pauperis*

[ECF Nos. 1-1, 2 & 4]

    This *pro se* habeas petition pursuant to 28 U.S.C. § 2241 comes before me on the petitioner's motion for leave to proceed *in forma pauperis* [ECF No. 4] and for preliminary review pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. I find that the petitioner cannot pay the filing fee, so I grant his request to proceed *in forma pauperis*; petitioner will not be required to pay the filing fee.

    Having conducted a preliminary review, I order respondents to show cause why the writ should not be granted, *see* 28 U.S.C. § 2243, and to respond to the petitioner's motion for preliminary injunction [ECF No. 2].

    IT IS THEREFORE ORDERED that **the Clerk shall file the petition [ECF No. 1-1] and serve copies of the petition and this order upon respondents as follows:**

    1.    By having the United States Marshal promptly serve a copy of the petition and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure; and

    2.    By sending a copy of the petition and this order by registered or certified mail to the following: (1) the Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530 and (2) the Secretary of the U.S. Department of Homeland Security, Washington, DC 20528.

    IT IS FURTHER ORDERED that respondents must file and serve an answer or other

response to the petition [ECF No. 1-1] within three days of the date that this order is served upon respondents, unless for good cause additional time is allowed.

    IT IS FURTHER ORDERED that respondents must respond to the motion for preliminary injunction [ECF No. 2] within twenty days of the date of this order. Petitioner may file a reply within ten days of the date of service of the response.

    IT IS FURTHER ORDERED that **petitioner's motion for leave to proceed *in forma pauperis* [ECF No. 4] is GRANTED.**

Dated: August 23, 2018

_____
U.S. District Judge Jennifer A. Dorsey