**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CLEMENT OBEYA,<br><br>　　　　Petitioner<br><br>v.<br><br>ATTORNEY GENERAL JEFFERSON B. SESSIONS III, et al.,<br><br>　　　　Respondents | Case No.: 2:18-cv-01586-JAD-VCF<br><br>**Order Granting Respondents' Motion for Extension of Time**<br><br>[ECF No. 8] |

　　Respondents' motion for extension of time to respond to the petition for writ of habeas corpus in this case [ECF No. 8] is GRANTED. Good cause for the extension exists as respondents represent that, despite their due diligence, they have not yet obtained all documentation necessary to respond to the petition. Accordingly, respondents will have to and including September 6, 2018, to file a response to the 28 U.S.C. § 2241 petition in this case.

　　Dated: August 28, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey