# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLEMENT OBEYA,<br><br>  Petitioner<br><br>v.<br><br>ATTORNEY GENERAL JEFFERSON B. SESSIONS III, et al.,<br><br>  Respondents | Case No.: 2:18-cv-01586-JAD-VCF<br><br>**Order Directing Government to Respond** |

On September 17, 2018, petitioner responded to the order to show cause in this action. The court requires additional information from respondents before it can resolve this issue. Accordingly, IT IS HEREBY ORDERED THAT **respondents must file a response to the petitioner's filing [ECF No. 13] by September 27, 2018**. In it, respondents must advise the court whether petitioner's removal proceedings have been terminated and, if not, whether a motion to terminate has been filed and when they expect it will be granted.

Dated: September 17, 2018

_____
U.S. District Judge Jennifer A. Dorsey

1