# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CLEMENT OBEYA,

    Petitioner

v.

ATTORNEY GENERAL JEFFERSON B. SESSIONS III, et al.,

    Respondents

Case No.: 2:18-cv-01586-JAD-VCF

**Order Directing Government to File Status Report**

Petitioner Clement Obeya filed this habeas petition to challenge his detention during removal proceedings initiated on or about November 10, 2008.[1] Respondents advise that, following the filing of the petition, Obeya was released and a motion to terminate the removal proceedings filed.[2] They therefore ask that this action be dismissed with prejudice. Obeya opposes, arguing that as long as the removal proceedings remain pending, he may be re-detained.[3]

I am not inclined to dismiss this action while the removal proceedings initiated on or about November 10, 2008, remain pending, absent an assurance from respondents that petitioner will not be re-detained.[4] Accordingly, **IT IS HEREBY ORDERED** that, respondents have until February 12, 2019, to file a notice that advises the court on the status of petitioner's removal proceedings and the motion to terminate same.

Dated: December 12, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 6 & 16-1.

[2] ECF Nos. 10 & 16.

[3] ECF Nos. 12 & 13.

[4] *See Diouf v. Napolitano*, 634 F.3d 1081, 1084 n.3 (9th Cir. 2010).