# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CLEMENT OBEYA,

     Petitioner

v.

ATTORNEY GENERAL JEFFERSON B. SESSIONS III, et al.,

     Respondents

Case No.: 2:18-cv-01586-JAD-VCF

**Order Dismissing Petition**

[ECF No. 2]

     Petitioner Clement Obeya filed this habeas petition to challenge his detention during removal proceedings initiated on or about November 10, 2008.[1]  After he filed this petition, Obeya was released and his removal proceedings were terminated.[2]  Because the removal proceedings for which Obeya was detained have been terminated, this action is now moot. Accordingly,

     IT IS HEREBY ORDERED that the 28 U.S.C. § 2241 petition filed in this case is therefore **DISMISSED** and the motion for preliminary injunction **[ECF No. 2] is DENIED** as moot.  The Clerk of Court is directed to ENTER FINAL JUDGMENT accordingly and CLOSE THIS CASE.

     Dated: February 26, 2019

_____

U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 6 & 16-1.

[2] ECF Nos. 10, 16 & 20.